IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CORY DONALDSON,<br><br>　　　　　　　　　Defendant. | CASE NO.  1: 24-CR-00055-JLT-SKO<br><br>**ORDER GRANTING MOTION FOR STAY OF DETENTION ORDER** |

The government's motion for a stay of the April 14, 2025 release order is hereby GRANTED.

IT IS SO ORDERED.

Dated: April 15, 2025

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

MOTION FOR STAY OF RELEASE ORDER PENDING REVIEW

1