1  ERIC GRANT
   United States Attorney
2  ANTONIO J. PATACA
   JUSTIN GILIO
3  Assistant United States Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone:  (559) 497-4000
5  Facsimile:  (559) 497-4099

6
   Attorneys for Plaintiff
7  United States of America

8

9                  IN THE UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11

UNITED STATES OF AMERICA,              CASE NO.  1:24-CR-00055-JLT-SKO
12
                    Plaintiff,         STIPULATION REGARDING EXCLUDABLE
13                                     TIME PERIODS UNDER SPEEDY TRIAL ACT;
              v.                       FINDINGS AND ORDER
14
CORY DONALDSON,
15                    Defendant.

16

17

18                              **STIPULATION**

19        1.    By previous order, this matter was set for trial on February 3, 2026.

20        2.    By this stipulation, defendant now moves to vacate the trial date as to him only and set a

21  change of plea hearing on January 5, 2026.

22        3.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

23  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

24  must commence.

25        IT IS SO STIPULATED.

26

27

28

                                          1

Dated:  November 3, 2025

ERIC GRANT
United States Attorney


/s/ ANTONIO J. PATACA
ANTONIO J. PATACA
Assistant United States Attorney


Dated:  November 3, 2025

/s/ BARBARA H. O'NEILL
BARBARA H. O'NEILL
Counsel for Defendant
CORY DONALDSON

## ORDER

IT IS SO FOUND AND ORDERED.


IT IS SO ORDERED.

Dated:    **November 5, 2025**

UNITED STATES DISTRICT JUDGE

2