ERIC GRANT
United States Attorney
ANTONIO J. PATACA
JUSTIN GILIO
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  v.<br><br>CORY DONALDSON,<br>     Defendant. | CASE NO.  1:24-CR-00055-JLT-SKO<br><br>STIPULATION CONTINUING SENTENCING HEARING |

**STIPULATION**

1. By previous order, this matter was set for sentencing on June 22, 2026.

2. By this stipulation, defendant now moves to continue the sentencing hearing to August 10, 2026.  Defendant will need time to consult with newly appointed counsel ahead of sentencing.

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

 IT IS SO STIPULATED.

1

Dated:  June 15, 2026

ERIC GRANT
United States Attorney


/s/ ANTONIO J. PATACA
ANTONIO J. PATACA
Assistant United States Attorney


Dated:  June 15, 2026

/s/ BARBARA H. O'NEILL
BARBARA H. O'NEILL
Counsel for Defendant
CORY DONALDSON


## ORDER

IT IS SO ORDERED.


DATED:    June 15, 2026

_____
HONORABLE JENNIFER J. THURSTON
UNITED STATES DISTRICT JUDGE

2