LAW OFFICE OF MICHAEL HEUMANN
Michael Heumann, CA SBN 299622
901 H Street, Suite 405-5
Sacramento, CA 95814
Telephone: (916) 426-6692
mikeheumann.law@gmail.com
Attorney for Defendant
CORY DONALDSON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CORY DONALDSON<br>Defendants. | CASE NO. 1:24-CR-00055-JLT-SAB-013<br><br>STIPULATION REGARDING CONTINUANCE; [~~PROPOSED~~] FINDINGS AND ORDER<br><br>DATE: August 10, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

1. By previous order, this matter was set for sentencing on August 10, 2026.

2. By this stipulation, defendant now moves to reset the sentencing on February 8, 2027, at 9:00 a.m.

3. The parties agree and stipulate, and request that the Court find the following:

a) Counsel for defendant is newly appointed. Counsel has met with Mr. Donaldson, who has requested that he review the discovery and procedural history of the case in order to prepare for his sentencing. Mr. Donaldson has also specifically asked defense counsel to request a sentencing date in February because a family member he would like to appear at his sentencing has a series of surgeries which would make it difficult to attend a sentencing earlier than February 2027. Counsel desires additional time to consult with his client, to review the current charges, to conduct investigation and research related to the charges, to review discovery in this matter, and to provide mitigating information to probation.

b) Counsel for defendants believes that failure to grant the above-requested

continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c) The government does not object to the continuance.

IT IS SO STIPULATED.

Dated: August 6, 2026

ERIC GRANT
United States Attorney

/s/ ANTHONY PATACA
ANTHONY PATACA
Assistant United States Attorney

Dated: August 6, 2026

/s/ MICHAEL HEUMANN
MICHAEL HEUMANN
Counsel for Defendant
CORY DONALDSON

**ORDER**

Based upon the representation of the parties in the stipulation, the Curt **ORDERS** that the sentencing hearing is CONTINUED to February 8, 2027 at 9:00 a.m. The Court does not anticipate that it will grant any further continuances.

IT IS SO ORDERED.

Dated: August 7, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE